[No. 43793-3-I.   Division One.   July 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON CHARLES MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00399-0, George N. Bowden, J., entered November 30, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 46294-6-I.   Division One.   July 31, 2000.]

*In the Matter of the Personal Restraint of* OTAGUS COVERSON, *Petitioner*.

Petition for relief from personal restraint. Petition *granted in part*, sentence *vacated*, and case *remanded* for resentencing by unpublished per curiam opinion.

[No. 46540-6-I.   Division One.   July 31, 2000.]

*In the Matter of the Personal Restraint of* ROBERT A. HALL, JR., *Petitioner*.

Petition for relief from personal restraint. Petition *granted in part*, sentence *vacated in part*, and case *remanded* for resentencing by unpublished per curiam opinion.

[No. 43614-7-I.   Division One.   July 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE J. TROTTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-03906-1, Patricia Hall Clark, J., entered December 26, 1998. *Dismissed* by unpublished per curiam opinion.